NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADAPTREND, INC.,**
*Appellant*

v.

**NARITA EXPORT LLC,**
*Appellee*

---

2023-1195

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 92074784.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                    ADAPTREND, INC. V. NARITA EXPORT LLC


accordance with the rules.

                                        FOR THE COURT

March 29, 2023
    Date                              /s/ Peter R. Marksteiner
                                      Peter R. Marksteiner
                                      Clerk of Court


**ISSUED AS A MANDATE:** March 29, 2023